ANGELINE KAWACZ, Individually and as Administratrix, etc., of FRANK KAWACZ, Respondent, v. DELAWARE, LACKAWANNA AND WESTERN RAILROAD COMPANY, Appellant.— Motion for reargument denied. Motion for leave to appeal to Court of Appeals granted. Present — Sears, P. J., Crouch, Taylor, Edgcomb and Crosby, JJ.

THE CITY OF SYRACUSE, Respondent, v. DALE ENGINEERING COMPANY and Another, Appellants.— Motion for reargument denied, with ten dollars costs. Present — Sears, P. J., Taylor, Edgcomb, Thompson and Crosby, JJ.

MABEL OHLQUIST, Respondent, v. CHESTER A. NORDSTROM and Another, Appellants.— Motion for reargument denied, with ten dollars costs. Motion for leave to appeal to Court of Appeals denied. Present — Sears, P. J., Crouch, Taylor, Thompson and Crosby, JJ.

JEWETT & COMPANY, Respondent, v. NEW YORK CENTRAL RAILROAD COMPANY, Appellant.— Motion for reargument denied, with ten dollars costs. Present — Sears, P. J., Crouch, Taylor, Edgcomb and Crosby, JJ.

In the Matter of the Judicial Settlement of the Accounts of MARY LOUISE NORTON and Another, as Executors, etc., of NATHANIEL W. NORTON, Deceased.— Motion for leave to appeal to Court of Appeals denied, with ten dollars costs. Present — Sears, P. J., Taylor, Edgcomb, Thompson and Crosby, JJ.

EDWARD KLEINHAMMER, an Infant, etc., Respondent, v. WILLIAM HOFFMAN and Another, Appellants.— Motion for reargument denied, with ten dollars costs. Motion for leave to appeal to Court of Appeals denied. Present — Sears, P. J., Crouch, Taylor, Edgcomb and Crosby, JJ.

In the Matter of MORGAN B. GARLOCK, an Attorney.— Issues raised by the petition and answer referred to Hon. Jerome L. Cheney, official referee. Present — Sears, P. J., Crouch, Taylor, Edgcomb and Thompson, JJ.

In the Matter of MILTON A. BISSELL, an Attorney.— Report of official referee confirmed and respondent censured for his misconduct. Present — Sears, P. J., Crouch, Taylor, Thompson and Crosby, JJ.

In the Matter of DAVID SCHOENBERG, an Attorney.— Report of official referee confirmed and respondent suspended from practice for the period of one year and thereafter until the further order of the court. Present — Sears, P. J., Crouch, Taylor, Edgcomb and Crosby, JJ.

ROY O. SCOVILLE, Respondent, v. THE VILLAGE OF CAMDEN and Others, Appellants.— Judgment affirmed, with costs. All concur. Present — Sears, P. J., Crouch, Taylor, Thompson and Crosby, JJ.

HEIBY W. UNGERER, Respondent, v. ANSEL A. HOWARD, Appellant.— Judgment and order reversed on the facts and a new trial granted, with costs to appellant to abide the event. All concur, except Thompson, J., who dissents and votes for affirmance. Present — Sears, P. J., Crouch, Taylor, Edgcomb and Thompson, JJ.

ROLLAND B. MARVIN, Respondent, v. SAMUEL BONN and Another, Appellants. — Judgment affirmed, with costs. All concur. Present — Sears, P. J., Crouch, Taylor, Thompson and Crosby, JJ.